■ In the Matter of FRANK THOMAS, Petitioner, against FRANK BALLUFFI et al., as Justices of the Peace of the Town of Putnam Valley, Respondents.— Proceeding referred to Honorable Frederick G. Schmidt, Official Referee, to hear all questions and to report with his recommendations thereon. By this reference to the Official Referee we express no opinion as to the truth of the charges or whether the charges, if fully established, would be sufficient to warrant removal of either of the respondents from office. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.